■ In the Matter of the Claim of GEORGE COOPERSTEIN, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 16, 1980. Decision affirmed, without costs. (See *Matter of Liss [Ross],* 80 AD2d 716; *Matter of Powell [Catherwood],* 34 AD2d 594.) Sweeney, J.P., Kane, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of CATHERINE REILLY, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 19, 1980, which affirmed the decision of an Administrative Law Judge sustaining the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective March 21, 1980 because she lost her employment through misconduct in connection therewith. The decision of the Unemployment Insurance Appeal Board is supported by substantial evidence in the record which establishes that claimant was discharged for misconduct and is, therefore, disqualified from receiving benefits (see *Matter of McGlynn [Levine],* 52 AD2d 709; *Matter of Lester [Catherwood],* 30 AD2d 1025). Decision affirmed, without costs. Mahoney, P.J., Main, Casey, Yesawich, Jr., and Weiss, JJ., concur.

■ In the Matter of the Claim of CATHERINE B. COMERFORD, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 29, 1980, which affirmed the decision of an Administrative Law Judge sustaining the initial determination of the Industrial Commissioner reducing claimant's benefit rate from $110 per week to zero pursuant to subdivision 7 of section 600 of the Labor Law. Decision affirmed, without costs. (See *Matter of Liss [Ross],* 80 AD2d 716.) Sweeney, J.P., Kane, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of the Claim of DANIEL F. O'SULLIVAN, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 28, 1980, which affirmed the decision of an Administrative Law Judge sustaining the initial determination of the Industrial Commissioner reducing claimant's benefit rate from $125 per week to zero pursuant to subdivision 7 of section 600 of the Labor Law. Decision affirmed, without costs. (See *Matter of Liss [Ross],* 80 AD2d 716.) Sweeney, J.P., Kane, Main, Mikoll and Herlihy, JJ., concur.